WENDY MEDURA KRINCEK, ESQ., Bar # 6417
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:      702.862.8811
Email: wkrincek@littler.com
Email: hmuckleroy@littler.com

Attorneys for Defendants
UHS OF DELAWARE, INC.
and UHS OF SPRING MOUNTAIN, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VILIKA VANDEN BRINK,<br><br>Plaintiff,<br><br>vs.<br><br>UHS OF DELAWARE, INC., a Delaware Corporation, UHS OF SPRING MOUNTAIN, INC., A Delaware Corporation, DOES 1-50 and ROES 1-50,<br><br>Defendants. | Case No. 2:19-cv-00008-MMD-PAL<br><br>**[PROPOSED] STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff VILIKA VANDEN BRINK ("Plaintiff") and Defendants UHS OF DELAWARE, INC. and UHS OF SPRING MOUNTAIN, INC.("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of January 30, 2019 up to and including **February 13, 2019**.

As Defense counsel was recently retained in this case, this extension is necessary to provide adequate time for Defense counsel to become familiar with the allegations in the Complaint and to prepare a responsive pleading.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: January 28, 2019

Respectfully submitted,

/s/ Eran S. Forster
DANIEL R. WATKINS, ESQ.
ERAN S. FORSTER, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
VILIKA VANDEN BRINK

Dated: January 28, 2019

Respectfully submitted,

/s/ Hilary B. Muckleroy
WENDY MEDURA KRINCEK, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
UHS OF DELAWARE, INC.
and UHS OF SPRING MOUNTAIN, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: January 29, 2019.

UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:162081676.1 069080.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.