WENDY MEDURA KRINCEK, ESQ., Bar # 6417
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:   702.862.8800
Fax No.:       702.862.8811
Email: wkrincek@littler.com
Email: hmuckleroy@littler.com

Attorneys for Defendants
UHS OF DELAWARE, INC.
and UHS OF SPRING MOUNTAIN, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VILIKA VANDEN BRINK,<br><br>                Plaintiff,<br><br>vs.<br><br>UHS OF DELAWARE, INC., a Delaware Corporation, UHS OF SPRING MOUNTAIN, INC., A Delaware Corporation, DOES 1-50 and ROES 1-50,<br><br>                Defendants. | Case No. 2:19-cv-00008-MMD-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT UHS TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Plaintiff VILIKA VANDEN BRINK ("Plaintiff") and Defendants UHS OF DELAWARE, INC. and UHS OF SPRING MOUNTAIN, INC.("Defendants"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of February 13, 2019 up to and including **March 6, 2019**.

This extension is necessary to provide adequate time for counsel to discuss whether this matter will be submitted to arbitration.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: February 12, 2019

Respectfully submitted,


/s/ *Eran D. Forster, Esq.*
DANIEL R. WATKINS, ESQ.
ERAN S. FORSTER, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
VILIKA VANDEN BRINK

Dated: February 12, 2019

Respectfully submitted,


/s/ *Hilary B. Muckleroy, Esq.*
WENDY MEDURA KRINCEK, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
UHS OF DELAWARE, INC.
and UHS OF SPRING MOUNTAIN, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: February 13, 2019.


UNITED STATES MAGISTRATE JUDGE

FIRMWIDE:162397633.1 069080.1000

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.