WENDY MEDURA KRINCEK, ESQ., Bar # 6417
HILARY B. MUCKLEROY, ESQ., Bar # 9632
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Fax No.:         702.862.8811
Email: wkrincek@littler.com
Email: hmuckleroy@littler.com

Attorneys for Defendants
UHS OF DELAWARE, INC.
and UHS OF SPRING MOUNTAIN, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VILIKA VANDEN BRINK,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>UHS OF DELAWARE, INC., a Delaware Corporation, UHS OF SPRING MOUNTAIN, INC., A Delaware Corporation, DOES 1-50 and ROES 1-50,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-00008-MMD-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

　　　　Plaintiff, VILIKA VANDEN BRINK and Defendants, UHS OF DELAWARE, INC. AND UHS OF SPRING MOUNTAIN, INC. (collectively "Defendants") by and through their respective counsel of record, with reference to the following:

　　　　WHEREAS, on or about February 21, 2017, Plaintiff completed an employment application containing an agreement to arbitrate all disputes arising out of or relating to Plaintiff's employment, or termination of employment ("the Arbitration Agreement");

　　　　WHEREAS, on or about January 2, 2019, Plaintiff filed a Complaint in the United States District Court, District of Nevada, alleging violation of the Americans with Disabilities Act, 42 U.S.C §12101, et seq.

　　　　WHEREAS, Plaintiff and Defendant agree that the claims should be arbitrated;

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

FIRMWIDE:162886125.1 069080.1000

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants and ORDERED, as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. That the filing of the Complaint in this matter on January 2, 2019 shall constitute Plaintiff's timely demand for arbitration pursuant to the terms of the Arbitration Agreement; and

3. All proceedings in this Action shall be dismissed.

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: March 6, 2019

Respectfully submitted,

*/s/ Eran S. Forster, Esq.*
DANIEL R. WATKINS, ESQ.
ERAN S. FORSTER, ESQ.
WATKINS & LETOFSKY, LLP

Attorneys for Plaintiff
VILIKA VANDEN BRINK

Dated: March 6, 2019

Respectfully submitted,

*/s/ Hilary B. Muckleroy, Esq.*
WENDY MEDURA KRINCEK, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
UHS OF DELAWARE, INC.
and UHS OF SPRING MOUNTAIN, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated: _____, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

FIRMWIDE:162886125.1 069080.1000